1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

8 | OMAR MARTIN,

Case No.  1:22-cv-01582-BAM (PC)

9 | Plaintiff,

ORDER TO SUBMIT APPLICATION TO
PROCEED *IN FORMA PAUPERIS* OR PAY
FILING FEE WITHIN 45 DAYS

10 | v.

11 | KNIGHT, *et al.*,

**FORTY-FIVE (45) DAY DEADLINE**

12 | Defendants.

13

14        Plaintiff Omar Martin ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights

15 action under 42 U.S.C. § 1983.  Plaintiff has not paid the $402.00 filing fee or submitted an

16 application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

17        Accordingly, IT IS HEREBY ORDERED that:

18        Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the

19 attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

20 pay the $402.00 filing fee for this action.  **No requests for extension will be granted without a**

21 **showing of good cause.  Failure to comply with this order will result in dismissal of this**

22 **action.**

IT IS SO ORDERED.

23

24    Dated:   __December 13, 2022__          ___/s/ Barbara A. McAuliffe___

25                                        UNITED STATES MAGISTRATE JUDGE

26
27
28

1